

```
                    FILED
         CLERK, U.S. DISTRICT COURT

                  7/24/2015

         CENTRAL DISTRICT OF CALIFORNIA
         BY: _____CW_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MONTANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BONNIE BRAE CONVALESCENT HOSPITAL, <u>et al.</u><br>　　　　Defendants. | Case No. CV 12-3462 (FMO) (AGRx)<br><br>**ORDER TO SHOW CAUSE Re: SANCTIONS** |

　　　　The court issued a Judgment for Damages and Injunctive Relief ("Judgment") on January 12, 2015, awarding Hector Montano ("plaintiff") damages and granting injunctive relief against Bonnie Brae Convalescent Hospital, Inc. ("defendant"). (<u>See</u> Judgment at 2-3). The court has reviewed and considered the parties' Joint Status Report Re Compliance with Orders and Judgment for Damages and Injunctive Relief ("Status Report"), filed July 20, 2015, and has determined that defendant has complied with neither the damages nor the injunctive relief portions of the Judgment.

　　　　Accordingly, IT IS ORDERED that defendant shall, on or before **August 10, 2015,** show cause, if any there be, why sanctions should not be imposed for defendant's failure to comply with the Judgment. Defendant shall attempt to show such cause in writing by filing a declaration

signed under penalty of perjury.[1] In particular, defendant's declaration must address why it has not timely complied with obligations including, but not limited to the following: (1) paying to plaintiff $65,000 in general and $10,000 in punitive damages, (see Status Report at 2); (2) hiring an ADA consultant with experience in the FHA, ADA, and the Rehabilitation Act, (see id.); and (3) conducting site inspections and preparing reports within six months from the filing date of the Judgment. (See id.).

Failure to timely file such a declaration or to show cause as ordered will result in sanctions being imposed for failure to comply with the Judgment.

Dated this 24th day of July, 2015.

/s/
Fernando M. Olguin
United States District Judge

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the court. Upon the filing of a Response, the Order to Show Cause will stand submitted.