# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3462 FMO (AGRx) | Date | August 17, 2015 |
|---|---|---|---|
| Title | Hector Montano v. Bonnie Brae Convalescent Hospital Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Hearing on Order to Show Cause Re: Sanctions

Having reviewed the Declaration of Michelle Clayton Re Order to Show Cause Re Sanctions, IT IS HEREBY ORDERED THAT Michelle Clayton and the owner(s) of Bonnie Brae Convalescent Hospital shall show cause at a hearing in Courtroom 22 in the Spring Street Courthouse on **September 24, 2015, at 10:00 a.m.** as to why the court should not impose sanctions for failure to comply with the court's order and judgment.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |