# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MONTANO, | Case No. CV 12-3462 FMO (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT Re: ATTORNEY'S FEES and COSTS** |
| BONNIE BRAE CONVALESCENT HOSPITAL, INC., et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Pending Motion, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that defendant Bonnie Brae Convalescent Hospital, Inc. shall pay plaintiff attorney's fees in the amount of **$173,158.90** and costs in the amount of **$1,812.00**. Dated this 14th day of September, 2015.

/s/
Fernando M. Olguin
United States District Judge